UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

EFRAIN HUMBERTO ANGULO                         CASE NO. 08-10595
DANIELLE MARIE ANGULO                          CHAPTER 7
            DEBTOR(S).

**NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS**

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

    Claim #4 of Summit Radiology
    Account number:  0697
    Claimed amount:  $97.30
    Pro rata distribution:  $4.96

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  April 16, 2010                /s/ Mark A. Warsco
                                      Mark A. Warsco, Trustee
                                      P.O. Box 11647
                                      Fort Wayne, IN  46859-1647
                                      Telephone:  (260) 469-0256
                                      e-mail: bankruptcy@rlwlawfirm.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on April 16, 2010:

| | |
|---|---|
| STEVEN J. GLASER<br>Glaser.Bankruptcy@verizon.net | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| SUMMIT RADIOLOGY PC<br>6119 W JEFFERSON BLVD<br>FORT WAYNE IN 46804 | |

               /s/  Mark A. Warsco
               Mark A. Warsco, Trustee